1 | FLETCHER HYLER
2 | 3130 SAND HILL RD
  | SUITE OFFICE 288, BOX 607
3 | PORTOLA VALLEY, CA
  | 94028
4 | FILING PRO SE



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. C11-2318 |
|---|---|
| FLETCHER HARTWELL HYLER, | |
| Debtor. | |
| | |
| ANDREA A. WIRUM, Trustee, | EMERGENCY MOTION TO REVERSE AND SET ASIDE JUDGE CARLSONS MAY 4th ORDER IN BANKRUPTCY CASE 04-32952 TEC |
| Plaintiff, | |
| vs. | |
| SHERYL S. ROOT-HYLER, aka SHERYL ROOT, A.R. WILSON, JR., aka RAYDON WILSON, FLETCHER HARTWELL HYLER, aka BUD H. HYLER, | |
| Defendants. | |

FLETCHER HARTWELL HYLER (hereinafter Debtor) hereby requests an Emergency Ex Parte hearing on this APPEAL

Ex parte judicial proceedings are reserved for urgent matters where requiring notice would subject one party to irreparable harm. Securing the funds that the Trustee took from the sale of the wine is critical to me, having fallen behind on the rent due to the recession and the inability to gain work. The following is a note from the landlord:

**From:** phil estipular [mailto:estipular@earthlink.net]
**Sent:** Tuesday, April 26, 2011 8:45 PM
**To:** bud hyler
**Subject:** Re: rent

I know what you told me. The problem is that what you said is irrelevant. There are no exceptions in our rental agreement that allow for non-payment because your customer makes changes. What is relevant is that you are about to be 30 days in arrears for April and May is only a week away. So far I haven't seen one cent from you in an effort to correct this situation. It's as if you feel you can just ignore your obligation.

I fully expect you to pay your back rent for April + penalties and your rent for May, and that you will pay the entire amount on or about May 1, according to our rental agreement. Just do whatever it takes. No excuses, no stories. And please, do not take this incident of being one month in arrears as ok. It is not acceptable.
Phil

Being forced to lose the current home because the trustee is wrongfully keeping the funds is irreparable harm. The funds that the Trustee took from the sale of the wine are the source for living expenses until work is expected to resume in late June.

Opposition received a copy of the Appeal filing and documentation on Thursday May 5th by email, and are receiving a copy of this Ex Parte Motion today May 11th.

Date: MAY 11TH, 2011

*/s/ Fletcher Hyler*

Fletcher Hyler